**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SPACE MAKER DESIGNS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:009-CV-2386-B |
| | § | |
| STEEL KING INDUSTRIES, INC., | § | |
| | § | |
| Defendant. | § | |

**JOINT REPORT REGARDING MEDIATION**

In compliance with this Court's Scheduling Order dated February 18, 2010, Plaintiff Space Maker Designs, Inc. and Defendant Steel King Industries, Inc. submit this Joint Report Regarding Mediation, as follows:

The parties have agreed that Mark Gilbert of the Gilbert Mediation Group, 3131 McKinney Avenue, Suite 125, Dallas, Texas 75204, 214.303.4500, shall serve as the mediator.

Dated: April 8, 2010.

Respectfully submitted,

| | |
|---|---|
| **CURTIS L. MARSH** | **CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP** |
| | |
| By:  /s/ *Curtis L. Marsh*          Curtis L. Marsh          Texas Bar No.  13020050 | By:  /s/ *Jesse K. Shumway*          Jesse K. Shumway, Esq.          Texas Bar No.  24046841 |
| | |
| 370 Founders Square 900 Jackson Street Dallas, Texas 75202 214.573.6311 (Telephone) 214.752.1140 (Telecopy) | 901 Main Street, Suite 5500 Dallas, Texas 75201-3001 214.855.3000 (Telephone) 214.855.1333 (Telecopy) |
| | |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |